IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**WICARDO ROLLE,**

    Petitioner,

vs.                                   Case Number 4:06cv223-SPM/WCS

**ALBERTO GONZALES,
MICHAEL CHERTOFF,
MICHAEL ROZOS,
DAVID HARVEY, and the
DEPARTMENT OF
HOMELAND SECURITY**

    Respondents.

_____/

## REPORT AND RECOMMENDATION

Petitioner, proceeding *pro se*, initiated this case on May 5, 2006, doc. 1, by filing a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. Petitioner asserted that he had been held in detention for over two years and alleged that his native country of the Bahamas would not issue travel documents. Thus, Petitioner alleged that Respondents would be unable to remove him and he sought release under Zadvydas v. Davis, 533 U.S. 678 (2001). *Id.*

Respondents initially filed a motion to dismiss, doc. 8, on August 8, 2006, asserting that Petitioner's custody was lawful because he could not show that there was no significant likelihood of removal in the reasonably foreseeable future. Petitioner filed a reply to the motion to dismiss, doc. 13, on September 7, 2006. Then, prior to review of this case, Respondents filed another motion to dismiss, doc. 14, on October 31, 2006, asserting that this case is now moot because Petitioner was removed from the United States and returned to the Bahamas on September 27, 2006. *Id.* An attachment to the motion, doc. 14, supports that assertion and demonstrates he left from Miami International Airport on September 27th.

Accordingly, this § 2241 petition is moot because the relief requested by Petitioner, release from detention, has been provided. Petitioner did not contest his removal from this country, and is no longer in custody by virtue of his removal to the Bahamas.

In light of the assertion by Respondents, it is respectfully **RECOMMENDED** that the motion to dismiss, doc. 14, be **GRANTED**, the prior motion to dismiss, doc. 8, be **DENIED as moot**, and the § 2241 petition filed by Wicardo Rolle be **DISMISSED as moot**.

**IN CHAMBERS** at Tallahassee, Florida, on December 1, 2006.


   s/     William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 10 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.